**Order entered June 6, 2013**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-00079-CV

## IN THE INTEREST OF B.A.J. AND K.S.J., CHILDREN

**AND**

### No. 05-12-00135-CV

## IN THE INTEREST OF B.A.J. AND K.S.J., CHILDREN

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-07-03409**

## ORDER

Because a review of the clerk's records in these appeals reveals the two appeals are the same, we **CONSOLIDATE**, on our own motion, appellate cause number 05-12-0079-CV into cause 05-12-00135-CV. The parties shall now use only cause number 05-12-00135-CV when referencing the appeal.

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE